UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID M. GRIZZEL,

    Plaintiff,

v.                                                                                  Case No. 2:10-cv-293
                                                                                  HON. TIMOTHY P. GREELEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

    In accordance with the Opinion issued herewith,

    IT IS ORDERED that the decision of the Commissioner denying disability insurance benefits is AFFIRMED and this case is DISMISSED.


                                                    /s/ Timothy P. Greeley
                                                    TIMOTHY P. GREELEY
                                                    UNITED STATES MAGISTRATE JUDGE

Dated:  July 12, 2011